IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01203-PAB-BNB

KEM KERSHAW,

Plaintiff,

v.

TERRY MAKETE,
EL PASO COUNTY CRIMINAL JUSTICE CENTER, and
CORRECTIONAL HEALTH CARE MANAGERS,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Proceed Without Providing Copies to Defendants** [docket no. 15, filed June 30, 2009] (the "Motion").

IT IS ORDERED that the Motion is DENIED.

DATED:  July 7, 2009