IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01203-PAB-BNB

KEM KERSHAW,

Plaintiff,

v.

TERRY MAKETA,
EL PASO COUNTY CRIMINAL JUSTICE CENTER, and
CORRECTION HEALTH CARE MANAGERS,

Defendants.
_____

**ORDER**
_____

This matter arises on the plaintiff's **Motion for a Demand of Jury Trial . . . .** [Doc. #21, filed 07/09/2009] (the "Motion"). The Motion is GRANTED.

The plaintiff demands a jury trial on all issues so triable. Rule 38(b), Fed.R.Civ.P., provides that a party may demand a jury trial on any issue triable by right of jury by "serving the other parties with a written demand . . . no later than 10 days after the last pleading directed to the issue is served. . . ." The defendants have not yet served their answer to the plaintiff's Complaint. Accordingly,

IT IS ORDERED that the Motion is GRANTED.

Dated July 13, 2009.

                                                  BY THE COURT:

                                                    s/ Boyd N. Boland
                                                  United States Magistrate Judge