IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01203-PAB-BNB

KEM KERSHAW,

Plaintiff,

v.

TERRY MAKETA,
EL PASO COUNTY CRIMINAL JUSTICE CENTER, and
CORRECTION HEALTH CARE MANAGERS,

Defendants.
_____

**ORDER**
_____

This matter arises on the **Putative Defendant Correctional Healthcare Management, Inc.'s Motion to Dismiss for Insufficient Service of Process** [Doc. #27, filed 07/14/2009] (the "Motion").  The Motion is DENIED AS MOOT.

On July 17, 2009, defendant Correctional Healthcare Management, Inc. ("CHM"), filed a motion to dismiss for insufficient service of process [Doc. #27].  CHM subsequently filed a Waiver and Acceptance of Service [Doc. #47].  Accordingly,

IT IS ORDERED that the Motion is DENIED AS MOOT.

Dated September 4, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge