IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01203-PAB-BNB

KEM KERSHAW,

Plaintiff,

v.

TERRY MAKETA,
EL PASO COUNTY CRIMINAL JUSTICE CENTER, and
CORRECTION HEALTH CARE MANAGERS,

Defendants.

_____

**ORDER**
_____

This matter arises on the plaintiff's **Motion to Amend Complaint and Effect a Re-Service of Process** [Doc. #37, filed 08/10/2009] (the "Motion").  The Motion is DENIED AS MOOT.

The plaintiff filed his initial Complaint [Doc. #8] on June 1, 2009.  On July 17, 2009, defendant Correctional Healthcare Management, Inc. ("CHM"), filed a motion to dismiss for insufficient service of process [Doc. #27].  The plaintiff seeks leave to amend his Complaint to provide a new address for CHM so that the defendant may be properly served.  However, CHM has subsequently filed a Waiver and Acceptance of Service [Doc. #47].  Accordingly,

IT IS ORDERED that the Motion is DENIED AS MOOT.

Dated September 4, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge