IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01203-PAB-BNB

KEM KERSHAW,

Plaintiff,

v.

TERRY MAKETA,
EL PASO COUNTY CRIMINAL JUSTICE CENTER, and
CORRECTION HEALTH CARE MANAGERS,

Defendants.
_____

**ORDER**
_____

This matter arises on the plaintiff's **Motion to Amend Above Entitled Civil Action with Supporting Arguments** [Doc. #31, filed 07/22/2009] (the "Motion"). The Motion is DENIED.

The plaintiff seeks to amend the "above entitled civil action with supporting arguments." The Motion contains sixteen handwritten pages of arguments and supporting case law. It does not appear to be a response to any pending motion.[1] The Federal Rules of Civil Procedure do not allow for a submission of arguments that are not part of a response to a pending motion.

The Motion does not appear to be an attempt to amend the Complaint because it is replete with argument and case law. However, to the extent the plaintiff is attempting to amend his Complaint, he may not amend by filing a supplement. Instead, he must file the entire proposed

---

[1] Indeed, by separate motion [Doc. #44], the plaintiff has sought an extension of time to respond to defendants Maketa and El Paso County Criminal Justice Center's motion to dismiss.

amended complaint. The plaintiff may not incorporate by reference his original Complaint into the amended complaint. The amended complaint must stand alone; it must contain <u>all</u> of the plaintiff's claims. <u>Mink v. Suthers</u>, 482 F.3d 1244, 1254 (10th Cir. 2007) (stating that "an amended complaint supercedes an original complaint and renders the original complaint without legal effect") (internal quotations and citations omitted).

    IT IS ORDERED that the Motion is DENIED.

    Dated September 4, 2009.

                                        BY THE COURT:

                                        s/ Boyd N. Boland
                                        United States Magistrate Judge