IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01203-PAB-BNB

KEM KERSHAW,

Plaintiff,

v.

TERRY MAKETA,
EL PASO COUNTY CRIMINAL JUSTICE CENTER, and
CORRECTION HEALTH CARE MANAGERS,

Defendants.

---

## ORDER

---

This matter arises on the plaintiff's **Motion for the Production of Documents Pursuant to Fed. R. Civ. P. 34** [Doc. #59, filed 09/09/2009] (the "Motion").  The Motion is DENIED.

The plaintiff requests that the defendants provide him with his "complete medical file and all kites and grievances written by plaintiff and or mentioned as evidence in defendants . . . response to plaintiff's motion for injunctive relief." *Motion*, p. 1.  He states that he needs the medical file "in order to respond to county defendants motion."  He does not state why he needs the kites and grievances.

The only motion pending from the county defendants (Terry Maketa and the El Paso County Criminal Justice Center) is a motion to dismiss [Doc. #29].  Evidentiary support is not required to respond to this motion.[1]  In addition, this case has not yet been set for a Scheduling

---

[1]I also note that the plaintiff has withdrawn his motion for injunctive relief.  Therefore, the requested documents are not necessary in connection with the plaintiff's motion for injunctive relief.

Conference.  Thus, it is premature for the parties to engage in discovery.  Fed. R. Civ. P. 26(d).

Accordingly,

IT IS ORDERED that the Motion is DENIED.

Dated September 14, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge