IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01203-PAB-BNB

KEM KERSHAW,

Plaintiff,

v.

TERRY MAKETA,
EL PASO COUNTY CRIMINAL JUSTICE CENTER, and
CORRECTION HEALTH CARE MANAGERS,

Defendants.

_____

**ORDER**
_____

This matter arises on the **Motion to Withdraw Plaintiff's Motion for Injunctive Relief** [Doc. #61, filed 09/10/2009] (the "Motion").  The Motion is GRANTED.

On June 30, 2009, the plaintiff filed a motion for injunctive relief [Doc. #16] seeking medical care for prostate cancer.  He states that he is now receiving the requested medical attention, and he seeks to withdraw his motion for injunctive relief.

IT IS ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the plaintiff's Motion for Injunctive Relief Pursuant to Rule 65 Fed.R.Civ.P. and 18 U.S.C.S. § 3626 is DENIED AS WITHDRAWN.

Dated September 14, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge