IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01203-PAB-BNB

KEM KERSHAW,

Plaintiff,

v.

TERRY MAKETE,
EL PASO COUNTY CRIMINAL JUSTICE CENTER, and
CORRECTIONAL HEALTH CARE MANAGERS,

Defendants.
_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　This matter is before the Court on the **Motion for Order** [docket no. 73, filed November 19, 2009] (the "Motion").

　　IT IS ORDERED that the Motion is DENIED.  Plaintiff is allowed to respond (#68) to the Motion to Dismiss, which has been done, and the original author of the Motion to Dismiss (#29) is allowed to reply(#70), which has been done.  No further briefing is allowed.


DATED:  November 23, 2009