IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01203-PAB-BNB

KEM KERSHAW,

Plaintiff,

v.

TERRY MAKETA,
EL PASO COUNTY CRIMINAL JUSTICE CENTER, and
CORRECTION HEALTH CARE MANAGERS,

Defendants.
_____

**ORDER**
_____

This matter arises on the plaintiff's **Motion for Extension of Time to Start Payments on Filing Fees** (Doc. # 76, filed 12/21/2009] (the "Motion").

At the time the case was commenced, the plaintiff was a prisoner. He was granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(b)(1), which requires that an indigent prisoner may proceed without the prepayment of a filing fee but must pay the full filing fee in installments.

Subsequently, the plaintiff was released from custody. He is now eligible to proceed pursuant to the provisions of 28 U.S.C. § 1915(a). If the plaintiff qualifies, he will be allowed to proceed *in forma pauperis* without further payment. I provided a copy of the non-prisoner Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 to the plaintiff at the scheduling conference this morning.

IT IS ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the plaintiff shall file a completed non-prisoner Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on or before **April 8, 2010**.

Dated April 1, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge