IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01203-PAB-BNB

KEM KERSHAW,

Plaintiff,

v.

TERRY MAKETA,
EL PASO COUNTY CRIMINAL JUSTICE CENTER, and
CORRECTION HEALTH CARE MANAGERS,

Defendants.
_____

**ORDER**
_____

The plaintiff's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 [Doc. # 96] was received and filed on April 19, 2010, and good cause otherwise having been shown:

IT IS ORDERED that the Order to Show Cause [Doc. # 95, filed 4/15/2010] is DISCHARGED.

Dated May 4, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge